IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-59-D

| | | |
|---|---|---|
| FIREMEN'S INSURANCE COMPANY<br>OF WASHINGTON DC, et al., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | **ORDER** |
| GLEN-TREE INVESTMENTS, LLC,<br>DICKY S. WALIA, SANJAY N. MUNDRA,<br>PERKINS & WILL NORTH CAROLINA, INC.,<br>and PERKINS & WILL, INC., | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

On February 14, 2011, the complaint was served on Glen-Tree Investments, LLC ("defendant" or "Glen-Tree"). Glen-Tree failed to answer or otherwise respond to the complaint. On July 21, 2011, the Clerk of Court entered default against Glen-Tree [D.E. 25]. On August 29, 2011, Firemen's Insurance Company of Washington D.C., and Union Insurance Company ("plaintiffs") filed a motion for entry of default judgment against Glen-Tree pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure [D.E. 28].

Plaintiffs' motion for default judgment against Glen-Tree [D.E. 28] is GRANTED. The court hereby declares that as to Glen-Tree, only, under policy number CLA 0114737-10 issued by Firemen's Insurance Company of Washington D.C., to Glen-Tree Investments, LLC, First American Hotels, Inc. & Soleil Group c/o First American Hotels, Inc., with effective dates of January 27, 2005, to June 27, 2005, and policy number CPA 0118333-10 issued by Union Insurance Company to Soleil Group, Inc., and other named insureds, including Glen-Tree, with effective dates of June 27, 2006, to June 27, 2007, renewed through June 27, 2009: (1) plaintiffs have no duty to defendant

Glen-Tree in the action "<u>Perkins & Will North Carolina, Inc., and Perkins & Will, Inc., Plaintiffs v. Glen-Tree Investments, LLC, Dicky S. Walia, and Sanjay N. Mundra, Defendants v. Perkins & Will, Inc., Counterclaim Defendant</u>," 08-CVS-28001, Mecklenburg County Superior Court ("Underlying Action"); and (2) plaintiffs have no duty to indemnify Glen-Tree for any damages that may be assessed against Glen-Tree in the Underlying Action.

SO ORDERED. This 28 day of October 2011.

JAMES C. DEVER III
Chief United States District Judge