AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

FIREMEN'S INSURANCE COMPANY )
OF WASHINGTON DC and UNION )
INSURANCE COMPANY, )
    Plaintiffs, )
     )
v. )
     ) **JUDGMENT**
     ) **7:11-CV-59-D**
GLEN-TREE INVESTMENTS, LLC, )
DICKY S. WALIA, SANJAY N. MUNDRA, )
PERKINS & WILL NORTH CAROLINA, INC., )
and PERKINS & WILL, INC., )
    Defendants. )

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court DENIES Defendants Walia and Mundra's Motion to Amend their Answers [D.E. 33], and GRANTS Plaintiffs' Motion for Judgment on the Pleadings [D.E. 40]. The Policies do not obligate Plaintiffs to defend or indemnify Walia and Mundra against Perkins & Will's allegations in the underlying litigation. The Clerk of Court shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **SEPTEMBER 19 2012** WITH A COPY TO:

Susan K. Burkhart (via CM/ECF electric notification)
R. Kenneth Helms (via CM/ECF electronic notification)
Keith J. Merritt (via CM/ECF electronic notification)

| | |
|---|---|
| September 19, 2012 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |

                                      /s/ Debby Sawyer
                                      (By) Deputy Clerk

Raleigh, North Carolina